AO 442

# United States District Court

for the
**District of Utah**

UNITED STATES OF AMERICA

v.

**Goeckeritz**

Case No: 2:19-cr-00337-JNP

COPY

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) RODGER SCOTT GOECKERITZ,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment
[ ] Superseding Indictment
[ ] Information
[ ] Superseding Information
[ ] Complaint
[ ] Order of court
[ ] Violation Notice
[ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Mail Fraud**

in violation of **18:1341 (9 COUNTS)** United States Code.

Name of Issuing Officer

United States District Judge
Title of Issuing Officer

JSTOUT
Signature of Issuing Officer

September 4, 2019 at Salt Lake City, Utah
Date and Location

By: Jennifer Stout
Deputy Clerk

United States District Court
WARRANT
District of Utah

Bail fixed ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

JOHN W. HUBER, United States Attorney (No. 7226)
JAMIE Z. THOMAS, Assistant United States Attorney (No. 9420)
Office of the United States Attorney
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682




IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>RODGER SCOTT GOECKERITZ,<br>Defendant. | **INDICTMENT**<br>Counts 1-9: 18 U.S.C. § 1341 (Mail Fraud)<br>Case: 2:19-cr-00337<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 9/4/2019<br>Description: |

The Grand Jury charges:

1. Beginning on or about March 18, 2016 to on or about February 20, 2019, in the Central Division of the District of Utah,

**RODGER SCOTT GOECKERITZ,**

defendant herein, knowingly devised and intended to device, a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations promises and omissions of material facts.

2. In executing and attempting to execute the scheme and artifice to defraud, and in furtherance thereof, GOECKERITZ knowingly cause to be delivered by mail or

by any private or commercial interstate carrier any matter or thing at the place at which it was directed to be delivered by the person to whom it was addressed, in violation of 18 U.S.C. § 1341 (Mail Fraud).

3. In execution and in furtherance of the scheme and artifice to defraud the United States Postal Service, GOECKERTIZ, purchased stamps at various Post Office locations in Salt Lake City using fake checks or checks written on accounts that were closed. The checks were returned to the Post Office marked either "Refer to Maker" or "Closed Account". The loss to the United States Postal Service for GOECKERITZ's fraudulent checks totals $37,437.16.

4. As part of the scheme and artifice to defraud, GOECKERITZ would mail the fraudulently purchased stamps from Utah to American Postage Company LLC (APC) in Clovis, CA. APC is a stamp broker. GOECKERITZ would also mail a "Packing Slip and Sell Agreement". The Packing Slip and Sell Agreement indicated the description of the items for sale, the face value, and a certification that the signor is the legal owner of the items for sale.

5. APC would then mail GOECKERITZ a check, or would send payment via PayPal for a discounted price. As part of the scheme and artifice to defraud, GOECKERITZ received and transacted financial instruments, checks, and electronic payments through PayPal, under false pretenses.

6. To induce APC to purchase his fraudulently obtained stamps, GOECKERITZ would make the following fraudulent claims on the Packing Slip and Sell Agreement:

a. That he rightfully owned the stamps mailed to APC;

b. That he purchased the stamps "last year (2017) for a mailer never used";

c. That he purchased the stamps "around Sept. 2018 for mailers, owned advertising/marketing firm – sold out in Dec. & found stamps in storage boxes & in furniture left from business";

d. That he purchased the stamps "through work for a wedding, not used. 2017";

e. That he purchased the stamps for work;

f. That the stamps were "purchased by richter 7 advertising".

In each instance, Goeckeritz fraudulently purchased the stamps on the date mailed or the day prior.

**Counts I - IX**
**18 U.S.C. § 1341**
**(Mail Fraud)**

12. The allegations set forth above are incorporated herein by reference and realleged as though fully set forth herein.

13. On or about the dates set forth below, in the Central Division of the District of Utah and elsewhere,

**RODGER SCOTT GOECKERITZ,**

did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and obtain money by means of materially false and fraudulent pretenses, representations and promises and did knowingly cause to be delivered by mail or by any private or commercial interstate carrier any matter or thing at the place at which it was

directed to be delivered, by the person to whom it was addressed in the District of Utah, as set forth below:

| COUNT | DATE MAILED | ITEM DESCRIPTION | FACE VALUE | PURCHASE OFFER | PAYMENT OPTION |
|---|---|---|---|---|---|
| 1 | 6/6/18 | 34 rolls | $1,700 | $1,190 | Check |
| 2 | 6/28/18 | 50 rolls | $2,500 | $1,750 | Check |
| 3 | 7/11/18 | 30 rolls | $1,500 | $1,050 | Check |
| 4 | 7/28/18 | 50 rolls | $2,500 | $1,750 | Check |
| 5 | 8/1/18 | 35 rolls | $1,750 | $1,225 | PayPal |
| 6 | 9/2/18 | 30 rolls | $1,400 | $980 | PayPal |
| 7 | 9/6/18 | 42 rolls | $2,100 | $1,470 | PayPal |
| 8 | 1/25/19 | 3,000 forever stamps + 30 rolls (forever stamps) | $3,300 | $2,475 | PayPal |
| 9 | 2/7/19 | 30 rolls forever stamps | $1,650 | Declined | PayPal |

All in violation of 18 U.S.C. § 1341.

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense in violation of 18 U.S.C. § 1341, as set forth in this Indictment, the defendant shall forfeit to the United States of America all property, real or personal, that constitutes or is derived from proceeds traceable to the scheme to defraud. The property to be forfeited includes, but is not limited to, the following:

- A money judgment equal to $37,437.16, which is the value of any property, real or personal, constituting or derived from proceeds traceable to the scheme to

defraud and not available for forfeiture as a result of any act or omission of the defendant(s) for one or more of the reasons listed in 21 U.S.C. § 853(p).

- Substitute property as allowed by 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
UNITED STATES ATTORNEY

Jamie Thomas
JAMIE Z. THOMAS
Assistant United State Attorney